UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMICHAI OHRING,

                Plaintiff,

   v.

UNISEA, INC.; and Does 1 through 100, inclusive,

                Defendants.

C21-359 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This matter comes before the Court on remand from the United States Court of Appeals for the Ninth Circuit. See Mandate (docket no. 48); Memorandum (docket no. 45). Pursuant to the Ninth Circuit's memorandum disposition, defendant's motion to compel arbitration, docket no. 18 is GRANTED, and the parties are DIRECTED to arbitrate this matter.

(2) The Court STAYS the proceedings pending the outcome of arbitration pursuant to 9 U.S.C. § 3. See Ekin v. Amazon Servs., LLC, No. C14-0244-JCC, 2015 WL 11233144, at *1 (W.D. Wash. Feb. 10, 2015).

(3) The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after the completion of arbitration or by December 31, 2022, whichever occurs earlier.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of June, 2022.

                                        Ravi Subramanian
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk

MINUTE ORDER - 1