UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMICHAI OHRING, individually and on behalf of others similarly situated,

Plaintiff,

v.

UNISEA, INC.; and Does 1 through 100, inclusive,

Defendants.

C21-359 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered June 15, 2022, docket no. 49, after this matter was remanded by the Ninth Circuit, the parties were directed to arbitrate their dispute, and the case was stayed. In their Joint Status Report submitted on December 28, 2022, docket no. 50, the parties indicated that they had reached a settlement in principle and anticipated filing a motion for preliminary approval of a class settlement by the end of January 2023. To date, no such motion has been filed.

(2) The Court *sua sponte* LIFTS the stay of this matter and returns it to the active docket. Any motion for preliminary approval of a class settlement shall be filed by April 20, 2023. If no such motion is timely filed, the parties shall submit, on or before April 28, 2023, a Joint Status Report indicating (i) the status of arbitration proceedings; (ii) whether a further stay of this case is warranted; (iii) whether the Court should issue a scheduling order and, if so, what dates and deadlines the parties propose; and (iv) whether defendants Does 1 through 100 may be dismissed without prejudice for lack of prosecution.

MINUTE ORDER - 1

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of March, 2023.

Ravi Subramanian<br>
Clerk

s/Laurie Cuaresma<br>
Deputy Clerk

MINUTE ORDER - 2