UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMICHAI OHRING, individually and on behalf of others similarly situated,

Plaintiff,

v.

UNISEA, INC.,

Defendant.

C21-0359 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extension, docket no. 77, is GRANTED as follows:

    (a) The final settlement approval hearing is CONTINUED from April 19, 2024, at 11:00 a.m., to **October 25, 2024, at 1:30 p.m.**

    (b) Within seven (7) days of the date of this Minute Order, the parties shall (i) file a proposed form of corrective notice, and (ii) provide a Microsoft-Word-compatible version of such notice as an attachment to an email addressed to ZillyOrders@wawd.uscourts.gov.  The Court will establish a deadline for distribution of the corrective notice after it reviews the proposed form of notice.

    (c) Plaintiff's motion for attorney's fees, costs, and service award, docket no. 71, is RENOTED to **October 18, 2024**.  Any response to such motion by a collective or class member who is represented by an attorney other than Class Counsel must be filed with the Court by **October 11, 2024**.  Any response to such motion by a collective or class member who is **not** represented by separate counsel

MINUTE ORDER - 1

must be submitted to Class Counsel and postmarked by **August 30, 2024**. The other requirements of Paragraph 11 of the Order entered November 9, 2023, docket no. 69, shall remain in full force and effect.

(d) The deadline for (i) opting in to the Fair Labor Standards Act ("FLSA") collective action, (ii) opting out of the Alaska Wage and Hour Act ("AWHA") Class, and/or (iii) submitting a written objection to the proposed settlement is **August 30, 2024**. All other requirements of Paragraphs 12–14 of the Order entered November 9, 2023, docket no. 69, shall remain in full force and effect.

(e) Any motion for final approval of the proposed collective and class action settlement shall be filed by **September 26, 2024**, and noted for **October 18, 2024**. All other requirements of Paragraph 15 of the Order entered November 9, 2023, docket no. 69, shall remain in full force and effect.

(f) An officer of Phoenix Class Action Administration Solutions, also known as Phoenix Settlement Administrators ("Phoenix"), the Settlement Administrator for this matter, shall appear in person for the final settlement approval hearing and be prepared to explain exactly why Phoenix failed to comply with Paragraphs 8 and 10 of the Order entered November 9, 2023, docket no. 69, what steps have been taken to ensure that such errors are not repeated in the future, and whether Phoenix's fees for administering this settlement should be reduced, with the cost savings inuring to the benefit of FLSA collective action participants and putative AWHA Class members.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of March, 2024.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

MINUTE ORDER - 2