UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMICHAI OHRING, individually and on behalf of others similarly situated,

Plaintiff,

v.

UNISEA, INC.,

Defendant.

C21-0359 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The proposed corrective postcard notice, Ex. 1 to Statement (docket no. 80-1), is APPROVED with the following change. The corrective postcard notice shall also inform recipients that the deadlines for (i) opting in to the Fair Labor Standards Act ("FLSA") collective action, (ii) opting out of the Alaska Wage and Hour Act ("AWHA") Class, and/or (iii) submitting a written objection to the proposed settlement has been extended to **August 30, 2024**.

(2) The revised full-length notice, Ex. 2 to Statement (docket no. 80-2), to be sent via email to the 767 individuals to whom notice was not previously sent, is APPROVED. The revised FLSA opt-in and AWHA opt-out forms, Exs. 3 & 4 to Statement (docket nos. 80-3 & 80-4), are also APPROVED, and they shall be emailed, along with the revised full-length notice, by the Settlement Administrator to the 767 individuals at issue within seven (7) days of the date of this Minute Order.

(3) The proposed corrective text message, Ex. 5 to Statement (docket no. 80-5), is APPROVED with the following revision. The text shall also indicate that the date of the Final Approval Hearing has been changed.

MINUTE ORDER - 1

(4)     If it has not already done so, the Settlement Administrator shall, before 9:00 a.m. P.D.T. on April 18, 2024, update the website for this matter to reflect that the Final Approval Hearing has been continued from April 19, 2024, at 11:00 a.m., to **October 25, 2024, at 1:30 p.m.**

(5)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of April, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2